JS-6

1
2
3
4
5

UNITED STATES DISTRICT COURT

6

CENTRAL DISTRICT OF CALIFORNIA

7

8 | COACH, INC., a Maryland Corporation, ) CASE NO. CV-12-07647-MWF (RZx)
9 | and COACH SERVICES, INC., a )
Maryland Corporation,                    ) **JUDGMENT AND PERMANENT**
10 |                                          ) **INJUNCTION**
                                            )
11 |                    Plaintiffs,          )
                                            )
12 |          vs.                            )
                                            )
13 | AMERICAN FASHION GIFT, an              )
unknown business entity; ANDY WONG;        )
14 | an individual; and DOES 1-10, inclusive, )
                                            )
15 |                    Defendants.          )
                                            )
                                            )

16    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED that** Judgment

17 be entered in favor of Plaintiffs Coach, Inc., and Coach Services, Inc. in the amount of

18 **$10,000.00** against Defendants American Fashion Gift and Andy Wong (collectively

19 "Defendants"), to be jointly and severally liable, in addition to costs.

20    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED that** the

21 Defendants, their officers, agents, servants and employees and any persons in active

22 concert or participation with them are permanently restrained and enjoined from

23 infringing upon the Coach Marks[1], either directly or contributorily, in any manner,

24 including but not limited to:

25
26
27

28 ─────────────────────
[1] Coach Marks include the marks attached hereto as **EXHIBIT 1**

1    (a)    Manufacturing, importing, purchasing, distributing, advertising, offering

2    for sale, and/or selling any products which bear marks  identical and/or confusingly

3    similar to the Coach Marks;

4    (b)    Using the Coach Marks or any reproduction, counterfeit, copy or

5    colorable imitation thereof in connection with the manufacture, importation,

6    distribution, advertisement, offer for sale and/or sale of merchandise;

7    (c)    Passing off, inducing or enabling others to sell or pass off any products or

8    other items that are not Coach's genuine merchandise as genuine Coach merchandise;

9    (d)    Leasing space to any tenant who is engaged in the manufacturing,

10    purchasing, production, distribution, circulation, sale, offering for sale, importation,

11    exportation, advertisement, promotion, display, shipping, marketing of products which

12    bear marks/designs identical, substantially similar, and/or confusingly similar to the

13    Coach Marks;

14    (e)    Committing any other acts calculated to cause purchasers to believe that

15    Defendants' products are Coach's genuine merchandise unless they are such;

16    (f)    Shipping, delivering, holding for sale, distributing, returning, transferring

17    or otherwise moving, storing or disposing of in any manner items falsely bearing the

18    Coach Marks, or any reproduction, counterfeit, copy or colorable imitation thereof;

19    and

20    (g)    Assisting, aiding or attempting to assist or aid any other person or entity

21    in performing any of the prohibited activities referred to in Paragraphs (a) to (f) above.

22

23    DATED:  March 11, 2013

24    MICHAEL W. FITZGERALD
United States District Judge

25

26

27

28

**EXHIBIT 1**

| Mark | U.S. Registration No(s). | Registration Date |
|---|---|---|
| "COACH" | 751, 493 | 06/25/1963 |
|  | 1,071,000 | 08/09/1977 |
|  | 2,088,706 | 08/19/1997 |
|  | 3,157,972 | 10/17/2006 |
|  | 3,413,536 | 04/15/2008 |
|  | 3,251,315 | 06/12/2007 |
|  | 3,441,671 | 06/03/2008 |
|  | 2,252,847 | 06/15/1999 |
|  | 2,534,429 | 01/29/2002 |
|  | 1,309,779 | 12/18/1984 |
|  | 2,045,676 | 03/18/1997 |
|  | 2,169,808 | 06/30/1998 |
|  Signature "C" Logo | 2,592,963 | 07/09/2002 |
|  | 2,626,565 | 09/24/2002 |
|  | 2,822,318 | 03/16/2004 |
|  | 2,832,589 | 04/13/2004 |
|  | 2,822,629 | 03/16/2004 |
|  | 3,695,290 | 10/13/2009 |
|  Coach "Op Art" Mark | 3,696,470 | 10/13/2009 |

3

1
2
3
4

|  | 3,012,585 | 11/08/2005 |
|---|---|---|
|  | 3,338,048 | 11/20/2007 |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28